

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **VININGS INSURANCE CO.,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-CV-525 |
| | § | |
| **BYRDSON SERVICES, LLC**, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

**FINAL JUDGMENT**

In accordance with 28 U.S.C. § 636, General Order 14-10, the Local Rules for the United States District Court for the Eastern District of Texas, and the consent of the parties, the above-captioned civil action is directly assigned to the undersigned United States Magistrate Judge for all matters, including trial and entry of judgment. In accordance with the Court's memorandum orders granting summary judgment and default judgment in favor of the plaintiff Vinings Insurance Company, now known as National Builders Insurance Company, the Court now enters judgment in favor of the plaintiff.

Pursuant to the Court's previous findings and legal conclusions in those orders, the undersigned **ORDERS and FINDS** that the plaintiff has no duty to defend or indemnify the defendant Byrdson Services, LLC, and no duty to indemnify defendant Marlon Decuir in Cause

Number B-194446, *Byrdson Services, LLC, d/b/a Excello Construction, LLC v. South East Texas Regional Planning Commission, et al.*, in the 60th Judicial District Court of Jefferson County, Texas ("the Byrdson lawsuit").

Having resolved all matters at issue this case, the Court further **ORDERS** that all remaining court hearings, settings, and deadlines, including the final pretrial conference and jury trial set before the undersigned on July 18, 2016, at 10:00 a.m., are **CANCELLED** and **TERMINATED**. The Clerk is directed to close this case.

It is so ordered.

**SIGNED this the 20th day of June, 2016.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE